ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
California Bar No. 141489
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-6880
   Fax No.: (213) 894-7819
   Joanne.Osinoff@usdoj.gov

Attorneys for Defendant
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEBORAH M. LUGO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | No. SACV 09-00824 CJC (RNBx)<br><br><u>ORDER RE: JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE</u><br><br>Hon. Cormac J. Carney |

    Based upon the Joint Stipulation for Dismissal Without Prejudice filed by the parties, IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned action is dismissed in its entirety without prejudice. Each party shall bear its own costs, fees and expenses.

Dated: 1/25/11

                            HONORABLE CORMAC J. CARNEY
                            UNITED STATES DISTRICT JUDGE